06-CR-05030-WV

JUDGE JAMES P. DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-05030JPD |
| Plaintiff, | |
| v. | ORDER ON STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| ROLAND FUENTES, JR., | |
| Defendant. | |

THE COURT having considered the stipulation of the parties, the records, and files herein, hereby makes the following findings:

The Court finds that the ends of justice will be served by ordering a continuance, that a continuance is necessary to ensure a fair and just resolution of this case, and that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date in this matter is continued to April 24, 2006.

ORDER ON STIPULATED MOTION TO
CONTINUE TRIAL DATE AND PTM
(Roland Fuentes, Jr.; CR06-05030JPD) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

IT IS FURTHER ORDERED the period of time from the current trial date of 2006, up to and including the new trial date of April 24, 2006, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

IT IS FURTHER ORDERED that any pretrial motions are due no later than March 17, 2006.

DONE this 2nd day of March, 2006.

THE HONORABLE JAMES P. DONOHUE
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Jennifer E. Wellman
WSBA #29193
Attorney for Roland Fuentes, Jr.
Assistant Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100
Fax No.: (206) 553-0120
Jennifer_Wellman@fd.org

s/ Lieutenant Shawn Cogley
Special Assistant United States Attorney
*Telephonic Approval*

ORDER ON STIPULATED MOTION TO
CONTINUE TRIAL DATE AND PTM
(Roland Fuentes, Jr.; CR06-05030JPD) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100