MAGISTRATE JUDGE J. KELLEY ARNOLD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR06-5030 JKA |
| Plaintiff, ) | |
| ) | ORDER ON STIPULATED MOTION TO |
| v. ) | CONTINUE PRETRIAL MOTIONS DEADLINE |
| ) | |
| ROLAND FUENTES, JR., ) | |
| Defendant. ) | |

THE COURT having considered the stipulation of the parties, the records, and files herein, hereby makes the following findings:

The Court finds that the ends of justice will be served by ordering a continuance, that a continuance is necessary to ensure a fair and just resolution of this case, and that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

(PROPOSED) ORDER ON STIPULATED
MOTION TO CONTINUE PTM
(Roland Fuentes, Jr.; CR06-5030JKA)      - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1

2      IT IS THEREFORE ORDERED any pretrial motions are due no later than March 24,

3  2006.

4      DONE this 22nd day of March, 2006.

5

6

7

8                             /s/ J. Kelley Arnold
                           THE HONORABLE J. KELLEY ARNOLD
9                           UNITED STATES MAGISTRATE JUDGE

10
   Presented by:
11

12

13

14  s/  Jennifer E. Wellman
    WSBA # 29193
15  Attorney for Roland Fuentes, Jr.
    Assistant Federal Public Defender
16  1601 Fifth Avenue, Suite 700
    Seattle, WA  98101
17  (206) 553-1100
    Fax No.: (206) 553-0120
18  Jennifer_Wellman@fd.org

19
    s/  Lieutenant Sean Cogley
20  Special Assistant United States Attorney
    *Telephonic Approval*
21

22

23

24

25

26

(PROPOSED) ORDER ON STIPULATED                              **FEDERAL PUBLIC DEFENDER**
MOTION TO CONTINUE PTM                                      **1601 Fifth Avenue, Suite 700**
(Roland Fuentes, Jr.; CR06-5030JKA)     - 2                 **Seattle, Washington  98101**
                                                            **(206) 553-1100**